WILLIAM T. RYLE, Respondent, *v.* WILLIAM P. BROWN, Appellant.

(Argued March 1, 1886; decided March 16, 1886.)

*Delos McCurdy* for appellant.

*Preston Stevenson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE SECOND NATIONAL BANK OF PATERSON, NEW JERSEY, Appellant, *v.* ALFRED P. DIX et al., Respondents.

(Argued March 1, 1886; decided March 16, 1886.)

THE complaint was dismissed as to two of the defendants on trial. The court held that the case should have been submitted to the jury.

*Preston Stevenson* for appellant.

*Thomas S. Moore* and *Delos McCurdy* for respondents.

EARL, J., reads for reversal and new trial.
All concur, except DANFORTH, J., not voting.
Judgment reversed.